JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SHAHIDUL HAQUE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAUDI ARABIAN AIRLINES CORP., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV 16-5435 GHK (ASx) <br><br> **ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

Dated: December 22, 2016

                                                          GEORGE H. KING <br>
                                                          United States District Judge