FILED
CLERK, U.S. DISTRICT COURT
JAN 1 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MOHAMMAD SHAHIDUL HAQUE, an individual,<br><br>                  Plaintiff,<br><br>vs.<br><br>SAUDI ARABIAN AIRLINES CORPORATION; and DOES 1 through 100, Inclusive,<br><br>                  Defendant. | Case No. 2:16-cv-05435<br><br>[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE<br><br>Removed from Los Angeles Sup. Ct. State Court Case No. BC617760 |

    The Court having reviewed the Parties' Stipulation of Dismissal with Prejudice, IT IS ORDERED THAT that this action is hereby dismissed in its entirety, with prejudice, and without costs to either party.

Dated: 1/31/17

_____
HON. GEORGE H. KING
United States District Judge